■ WILLIAM BORTIATYNSKI, Appellant, et al., Plaintiff, v DEBRA SPAZIANI, Defendant, and GERALD SPAZIANI et al., Respondents. [730 NYS2d 897] —Order affirmed without costs for reasons stated at Supreme Court, Shaheen, J.

All concur, Hayes, J., not participating. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Burns and Lawton, JJ.